JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LEE, | Case No. 8:24-cv-00435-JWH-ADSx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHA MOTTALE, as Trustee of the Micha Mottale Trust; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 17] entered on or about July 3, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    This action, including all claims asserted herein, is **DISMISSED**.

2.    To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____August 7, 2024_____          _____

John W. Holcomb
UNITED STATES DISTRICT JUDGE